## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MICHELE DENISE MAYS,**

**Plaintiff,**

**vs.**                                                                           **Civ No.     21-01133 SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner of Social Security,**

**Defendant.**

### ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through April 28, 2022, to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through June 27, 2022, to serve her Response, and Plaintiff through July 11, 2022, to serve her reply.

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

*/s/ Laura Joellen Johnson*
Laura Joellen Johnson
laura043jo@michaelarmstronglaw.com
Michael Armstrong Law Office, LLC
Attorneys for Plaintiff
8809 Washington Street NE, Suite 125
Albuquerque, NM 87113
(505) 890-9056
(505) 266-5860 fax

Email Approval on March 29, 2022
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM 87103
(505) 224-1504
(505) 346-7205 fax