IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELE DENISE MAYS,**
    **Plaintiff,**

vs.                                CIV NO. 2:21-01133-SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner Social Security,**
    **Defendant.**

## ORDER

Based upon Defendant's Unopposed Motion for Enlargement of Time to Respond to Plaintiff's Opening Brief (Docket No. 20), and good cause appearing therefor,

IT IS HEREBY ORDERED that the Defendant has up to and including August 31, 2022 to file a response brief or otherwise respond to Plaintiff's opening brief. The date by which Plaintiff may file a reply brief, if any, is extended by fourteen (14) days, or until September 14, 2022.

Dated this 2nd day of August 2022

BY THE COURT:

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted July 29, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved July 29, 2022*
KATHERINE H. O'NEAL
Attorney for Plaintiff