# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MICHELE DENISE MAYS,**
    **Plaintiff,**

**vs.**                                                **CIV NO. 2:21-01133-SMV**

**KILOLO KIJAKAZI,**
**Acting Commissioner Social Security,**
    **Defendant.**

## ORDER

Defendant, the Acting Commissioner of Social Security (Commissioner), by and through her counsel, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.  *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Dated this 4th day of August 2022

                                                          BY THE COURT:

                                                   _____
                                                   HONORABLE STEPHAN M. VIDMAR
                                                   UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED BY:

*Electronically submitted August 3, 2022*
VICTORIA V. JOHNSON
Special Assistant United States Attorney

*Electronically approved August 3, 2022*
KATHERINE H. O'NEAL
Attorney for Plaintiff