# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MICHELE DENISE MAYS,**

    Plaintiff,

v.                                    No. 21-cv-1133 SMV

**KILOLO KIJAKAZI,**
**Acting Commissioner of the Social Security Administration,**[1]

    **Defendant.**

## JUDGMENT

    Having granted Defendant's Unopposed Motion to Reverse and Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. 22] in an Order entered concurrently herewith,

    **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

    **IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**
**Presiding by Consent**

---

[1] *See* Fed. R. Civ. P. 25(d).