IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MICHELE DENISE MAYS,**

        **Plaintiff,**

vs.   Civ. No.   21-01133 SMV

**KILOLO KIJAKAZI,**[1]
**Acting Commissioner of the Social Security Administration,**

        **Defendant.**

**ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court, having reviewed the parties' Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Doc. 25), HEREBY ORDERS that attorney fees be, and hereby are, awarded under the EAJA, payable to Plaintiff but mailed to Plaintiff's attorney in the amount of $7,182.60 in attorney fees. *See Astrue v. Ratliff*, 560 U.S. 586 (2010) (EAJA fees are paid to the prevailing party, not the attorney). Plaintiff is also entitled to costs in the amount of $402.00, which is to be paid from the Department of Justice's Judgment Fund, 28 U.S.C. § 2412, not agency funds.

IT IS FURTHER ORDERED THAT, if Plaintiff's counsel receives attorney fees under both the EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

_____
UNITED STATES MAGISTRATE JUDGE STEPHAN M. VIDMAR

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.

SUBMITTED AND APPROVED BY:

*Filed Electronically 10/27/2022*
Laura J. Johnson
Attorney for Plaintiff
Armstrong Johnson Law, LLC

*Electronically Approved 10/20/2022*
Victoria Johnson
Special Assistant United States Attorney